# The Woodhouse Law Firm

A LIMITED LIABILITY COMPANY

SUITE 1402   260 PEACHTREE STREET, NW   ATLANTA, GA 30303-1237
(404) 214-7200   (404) 214-7202 FAX   www.woodhouselawfirm.com

May 14, 2010

Samuel S. Woodhouse
LL.M. IN TRIAL ADVOCACY
REGISTERED MEDIATOR IN GA
Direct Phone: 404.214.7194
swoodhouse@woodhouselawfirm.com

Honorable Noel L. Hillman
Mitchell H. Cohen Buildings & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey  08101

      Re:    *Thomas Mason, et al. v. The Coca-Cola Company*
              Case No: 1:09-cv-00220 (NLH)

Dear Judge Hillman:

      We represent The Coca-Cola Company ("Coca-Cola") in this matter.  We write in response to Plaintiffs' submission of supplemental authority in connection with Coca-Cola's pending Motion to Dismiss Plaintiffs' Second Amended Complaint, alerting the Court to the relatively recent opinion of the United States District Court of the Eastern District of New York in *In Re Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation*, 1:09-md-2023.

      Contrary to Plaintiffs' suggestions, the reasoning of *In Re Bayer Corp.* actually supports Coca-Cola's position on the pending Motion to Dismiss.  The complaint in this case is based centrally on the issuance of an FDA warning letter.  As the Court in *In Re Bayer Corp.* makes clear, a plaintiff suing based solely on conduct that violates the Food Drug & Cosmetic Act is preempted from bringing such claims under *Buckman Co. v. Plaintiffs' Legal Comm.*, 531 U.S. 341 (2001).  Such is the case here.  Plaintiffs are "effectively suing for a violation of the FDCA (no matter how the plaintiff labels the claims), and the plaintiff's claim is thus impliedly preempted."  *See In Re Bayer Corp.*, at 16.

Honorable Noel L. Hillman
May 14, 2010
Page 2

---

    For the reasons set forth in Coca-Cola's briefs in support of the motion to dismiss, Plaintiffs' complaint should be dismissed as a matter of law.

                              Respectfully submitted,

                              **THE WOODHOUSE LAW FIRM**

                              Samuel S. Woodhouse

SSW/jsc

cc:    Jeffrey S. Cashdan (via CM/ECF)
       Maureen V. Abbey (via CM/ECF)
       W. Lewis Garrison, Jr. (via CM/ECF)
       William Bross (via CM/ECF)
       Gayle L. Douglas (via CM/ECF)
       John W. Olivo, Jr. (via CM/ECF)
       Michael Jay Zinna (via CM/ECF)
       John F. Ward (via CM/ECF)